# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JASON PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:10CV1738 AGF |
| ) | |
| STEVE LARKINS, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's motions to compel discovery and Defendants' motion for extension of time to complete discovery.

Plaintiff moves the Court for an order compelling Defendants to more fully answer his interrogatories and to produce documents. Defendants resist the motion because Plaintiff failed to certify in his motion that he conferred with Defendants in good faith to resolve the issue without the Court's intervention and because Plaintiff's requests were objectionable.

Pursuant to Fed. R. Civ. P. 37(a)(1), a motion to compel "must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action." The motion does not include the requisite certification. As a result, the motion to compel will be denied.

Defendants move the Court for additional time to complete discovery based on Plaintiff's recent interrogatories and production requests directed towards Defendant Williford. The Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to compel [Doc. 70] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' motion for extension of time [Doc. 73] is **GRANTED**.

**IT IS FURTHER ORDERED** that all discovery shall be completed no later than **September 26, 2011**.

**IT IS FURTHER ORDERED** that any motion for summary judgment shall be filed no later than **October 26, 2011**. Any response brief shall be filed no later than **November 30, 2011**, and any reply brief shall be filed no later than **December 13, 2011**.

Dated this 8th day of September, 2011.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE